# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

JAMES K. BISHOP,  :  Case No. 2:24-cv-04063

    Petitioner,  :

- vs -  :  District Judge James L. Graham
       Magistrate Judge Michael R. Merz

WARDEN, Noble Correctional Institution,  :

    Respondent.  :

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 31), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections were filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED as barred by the statute of limitations. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

June 13, 2025             *s/ James L. Graham*
                                            James L. Graham
                                            United States District Judge